# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN J. BANK

    Petitioner,

vs.

HEIDI ALMASE,

    Respondent.

Case No. 2:17-cv-01288-JCM-GWF

**ORDER**

    Petitioner, who was in custody at the Las Vegas Detention Center, filed a petition for a writ of habeas corpus (ECF No. 1). The court sent petitioner a letter informing him of the case number (ECF No. 2). That letter was returned in the mail with the notation that petitioner no longer is in custody at that jail (ECF No. 3). Petitioner has failed to inform the court of his new address, and the court will dismiss the action. See LSR 2-2.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address. The clerk of the court shall enter judgment accordingly and close this action.

///

///

///

///

1    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.
2    DATED: May 31, 2017.

_____
JAMES C. MAHAN
United States District Judge